195 So. 295

### CUNNINGHAM v. STATE.
#### 7 Div. 525.

Court of Appeals of Alabama.
Feb. 27, 1940.

Rehearing Denied March 26, 1940.

Leonard Crawford, of Fort Payne, for appellant.

Thos. S. Lawson, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., for the State.

RICE, Judge.

Appellant's counsel has filed a brief here, in which he argues valiantly that the testimony adduced against this appellant was insufficient to support the verdict of guilt returned against him; also, that some hurtful errors were committed in the admission, over his objection, of certain bits of testimony.

But we do not find any bill of exceptions in the transcript; hence the questions raised, as above indicated, cannot be decided by us.

We find no error in the record, and the judgment is affirmed.

Affirmed.